1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT BURNS,

11             Petitioner,                    No. CIV S-05-2094 LKK GGH P

12        vs.

13   A.P. KANE, Warden,

14             Respondent.                    ORDER

15   _____/

16             Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19             On August 15, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23             The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1       1. The findings and recommendations filed August 15, 2006, are adopted in full;

2 and

3       2. Respondent's December 9, 2005, motion to dismiss the petition on the sole

4 ground that petitioner has failed to present a federal question and thus this court lacks subject

5 matter jurisdiction is denied; respondent is ordered to file an answer within thirty days of the

6 filed date of this order.

7 DATED:   September 26, 2006.

8

9

10

11       LAWRENCE K. KARLTON
      SENIOR JUDGE
12       UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2