IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT BURNS,

    Petitioner,                    No. CIV S-05-2094 LKK GGH P

    vs.

A.P. KANE, Warden,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the pending submitted matter, petitioner challenges a 2004 parole denial. On December 17, 2007, petitioner inappropriately directed a letter to the Clerk of the Court concerning the timeliness of his potential challenge to a 2006 parole denial.

        The Clerk of the Court cannot dispense legal advice to petitioner. Moreover, if petitioner wishes to challenge a parole denial subsequent to the one at issue herein, he must file a separate petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. <u>See</u> Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts. Any issue regarding

\\\\\

\\\\\

1

1  timeliness of his challenge to another parole decision may be raised, addressed and ultimately
2  resolved therein.
3          IT IS SO ORDERED.
4  DATED: 12/26/07                                      /s/ Gregory G. Hollows
5                                                 UNITED STATES MAGISTRATE JUDGE
6  GGH:009
   burn2094.ord